This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 135  SSM 19
Dolores Parietti et al.,
          Appellants,
        v.
Wal-Mart Stores, Inc. et al.,
          Respondents,
et al.,
          Defendant.


          Submitted by Justin B. Perri, for appellants.
          Submitted by Patricia O'Connor, for respondents.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules, order reversed, with costs, and the motion of Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P. for summary judgment dismissing the complaint, insofar as asserted against them, denied.  In a slip-and-fall case, a defendant property owner moving for summary judgment has the burden of making a prima facie showing that it neither (1) affirmatively created the hazardous condition nor (2) had actual or constructive notice of the condition and a reasonable time to correct or warn about its existence (see Lewis v Metropolitan Transp. Auth., 99 AD2d 246, 249 [1984], affd for reason stated below 64 NY2d 670 [1984]).  Triable issues of fact exist as to whether Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P. had notice of a hazardous condition and a reasonable time to correct or warn about its existence.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.


Decided September 14, 2017